FILED
2013 Jul-30  PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

Clarence Armour, Annie Pearl Bailey, Quincy P. Barclay, Betty Barker, Dorothy Baums, Edna L. Beal, Barnell Beavers, Edma Mae Berdeaux, Robert E. Blackwell, Warren D. Blair, Roythron Blake, Lorenza Bloodsoe, Barbara J. Bolding, Geraldrine Bradford, Durrell Donte Briskey, Shirlene Brooks, Josephine Brown, Linda Brown, Stephanie Brown, Carolyn Brown, Linda B. Brown, Joseph R. Brush, III, Barbara Bullock, Delderico Bullock, LaToya Bullock, Quentin Bullock, Thomas Earl, Bullock, Sr., Sherryl Bullock, Willie Pearl Bush, Max L. Butler, Georgia Calhoun, Vick E. Calhoun, Demetrious Carmichael, Mary Carmichael, Forrest C. Carr, Tamela L. Carr, Berysce Carter, Tamekia Chapman, David Clapper, Joey Wayne Clapper, Joyce Clark, Barbara Clark, Exielena Greene, Derriel P. Clayton, George Cobb, Jr., Sherry D. Copeland, Charlie Cosby, Valerie Cousin, Evelyn Crawford, Annie D. Crowe, Ollie M. Cunningham, Alexander Curry, Joseph Curry, Pamela Curry, Mary Daviston, Gloria B. DeRamus, Michael Drake, Darionte Duncan, Yoshika Duncan, Claudia C. Elston, Deborah Elston, Olisha Le Chelle English, Sharon Faulkner, Steven Ferrell, Tiffany Michael Ferrell, Tujuaner Renay Fields, James E. George, Marlene George, Charles Goggins, Elbert Goodman, Daryl Green, Mattie Hardaway, Linda Harden, Ronald Hardin, Ronnie Hardin, Debra Harris, Lemuel Heard, Barbara Henderson, Robert Henderson, Carolyn Higgins, Deborah Hughes, Patricia Bush Hughley, Merinda Hutchings, Domanic Hutchinson, Julietta Hutchinson, Omar Hutchinson, Sylvester Hutchinson, Calvin Ingram, Johnny Ingram, Andrew Jackson, Clarence Jackson, John Jackson, Latasha Renee Jackson, Lula M. Jenkins, Betty Johnson, Cynthia Johnson, Katie Johnson, Robert Johnson, William Johnson, Gwendolyn Jones, Mary Jones, Norma Jones, Reginald D. Jones, William Jones, James Jones, Amanda Jordan, Tabatha Jordan, Terez Jordan, Jacqueline Keith, Kilup Keith, Phillip Keith, Gelaine Kelley, Linda Kelley, Jennifer Kendrick, Sonya Kendrick, William E. Kendrick, Fannie L. Kirby, Carshena Kirksey, Calief D. Lanier, Teresa A. Lanier, Tereshall Renee Lanier, Germika Lushun Lawler, Anthony Dewayne Lawler, Geraldrine Lawler, Gerard Lynn Lawler, Willie Lawler, Alonzo Leonard, Alonzo L. Leonard, Ella L. Leonard, Medral Leonard, Javonte Aquinton Mallard, Sharon Marchman, Sr., Rosemary Martin, Lela McClendon, Alvin Edward McElderly, Kuneisha K. McFarlane, Mary McKenzie, Kimberly McKinney, Regina Dazelle Pope McNeal, Sr., Eugenia A. Millender, Doris Jo Mitchell, Willie T. Mitchell, Latoya Mixon, Millicent L. Monk, Mary Montgomery, Vincent Montgomery, Chantelle Moore, Christy Moore, Edward L. Moore, Fashionette Moore, Joel Moore, Josephine Johnson Moore, Kimberly Moore, Milton B. Moore, Paula F. Moore, Eddie Wayne Moore, Jr., Bobby Gene Morris, Letha Morris, Raynetha Beck Morris, Kakuyna Morris, Cynthia A. Mosley, Joshua R. Mosley, Nancy Mosley, Natheniel Mosley, Cael A. Motley, Larry Murry, Jessica Nail, Kelvin Nail, Shamika Nail, Daisy Nixon, Jesse O. Nixon, Joshua Norman, Sheddrick Northard, Antonio Oliver, Aloysius Palmore, Laquita Patterson, DeJuan E. Perkins, Jessica Phillips, Josephine Pope, Lula Pope, Lawrence Pottard, Eva M. Pugh, Jariva Pugh, Tanisha C. Pugh, James Quick, Patrica Quick, Truman Quick, Patricia Reaves, Angela Reed, Shanti Reed, Tamika Reed, Frances J. Roper, Miriam Rutledge, Arthur Sanders, Brandon Sanders, Eugenia Sanders, George W. Sanders, Roy Rogers Sanders, Vivian Sanders, Kenneth Satcher, Jerre Lynn Scott, Charles Sims, Brenda Smith, Carnel Smith, Charles Smith, Christopher G. Smith, Deborah Smith, Elaine Smith, George E. Smith, James Haywood Smith, Reginald Smith, James Spicer, Ladrester C. Spigner,

Rashaan Jaali Spigner, Wanda Quick Stephens, Creola Stoudemire, Annie Sullivan, Mary L. Sumlin, Robert Sumlin, Clarence Taylor, Sr., Doris Taylor, Melvin Taylor, James Thomas, Jamie Thomas, Jeanette Thomas, Sandra Thomas, Andrew Tippins, Gerald Tippins, LaDonna Tippins, Joe Ann Truss, Tanishia Truss, Debra Turner, Gloria Turner, Henry Turner, Tonesha Turner, James Tyson, Joe Underwood, Pamela Vincent, Andrew Walker, Hattie Mae Ward, Costella Ware, Ethlebert Westerfield, Ronnie Westerfield, Anthony White, Linda F. White, Randy Scott White, Frank Whitson, Myrtis Marie Whitson, Antonio Williams, Brenda Williams, Carol Onetia Ragland Williams, Chrystal E. Williams, Denese Williams, George Williams, Loumerrell Willington, Gregory B. Willis, Brenda Wilson, Charles Wilson, Donna Wilson, Dorian Wilson, Judia Wilson, Steve Wilson, Loretta S. Woodard, Marilyn Woodgett, Betty Woodgett, Jonah Woodgett, Annie Woodgett, Mary Jo Woodgett, Millard M. Woodrow, Danny Woods, Gwendolyn Wynn, on behalf of themselves individually and all others similarly situated,

       Plaintiffs,

v.

Monsanto Company,  Solutia.Pharmacia Corporation.

       Defendants.

<u>COMPLAINT UNDER RULE 60(d), FED.R.CIV.P.,<br>TO DECLARE VOID THE JUDGMENT OF SEPTEMBER 9, 2003</u>

COME NOW the Plaintiffs and pray that this Court to declare void and to set aside the judgment of September 9, 2003, titled "Final Judgment and Order" in *Tolbert et al. v. Monsanto et al.*, 01-C-1407-S, and *Oliver et al. v. Monsanto et al.*, 02-C-0836-S, because the Court lacked subject matter and personal jurisdiction at the time it entered the judgment and order and, as grounds therefor, say as follows:

## I.
## JURISDICTION

1.     This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and Rule 60(d), Fed.R.Civ.P.

## II.
## PARTIES

2.     Clarence Armour, Annie Pearl Bailey, Quincy P. Barclay, Betty Barker, Dorothy Baums, Edna L. Beal, Barnell Beavers, Edma Mae Berdeaux, Robert E. Blackwell, Warren D. Blair, Roythron Blake, Lorenza Bloodsoe, Barbara J. Bolding, Geraldrine Bradford, Durrell Donte Briskey, Shirlene Brooks, Josephine Brown, Linda Brown, Stephanie Brown, Carolyn Brown, Linda B. Brown, Joseph R. Brush, III, Barbara Bullock, Delderico Bullock, LaToya Bullock, Quentin Bullock, Thomas Earl, Bullock, Sr., Sherryl Bullock, Willie Pearl Bush, Max L. Butler, Georgia Calhoun, Vick E. Calhoun, Demetrious Carmichael, Mary Carmichael, Forrest C. Carr, Tamela L. Carr, Berysce Carter, Tamekia Chapman, David Clapper, Joey Wayne Clapper, Joyce Clark, Barbara Clark, Exielena Greene, Derriel P. Clayton, George Cobb, Jr., Sherry D. Copeland, Charlie Cosby, Valerie Cousin, Evelyn Crawford, Annie D. Crowe, Ollie M. Cunningham, Alexander Curry, Joseph Curry, Pamela Curry, Mary Daviston, Gloria B. DeRamus, Michael Drake, Darionte Duncan, Yoshika Duncan, Claudia C. Elston, Deborah Elston, Olisha Le Chelle English, Sharon Faulkner, Steven Ferrell, Tiffany Michael Ferrell, Tujuaner Renay Fields, James E. George, Marlene George, Charles Goggins, Elbert Goodman, Daryl Green, Mattie Hardaway, Linda Harden, Ronald Hardin, Ronnie Hardin, Debra Harris, Lemuel Heard, Barbara Henderson, Robert Henderson, Carolyn Higgins, Deborah Hughes, Patricia Bush Hughley, Merinda Hutchings, Domanic Hutchinson, Julietta Hutchinson, Omar Hutchinson, Sylvester Hutchinson, Calvin Ingram, Johnny Ingram, Andrew Jackson, Clarence Jackson, John Jackson, Latasha Renee Jackson, Lula M. Jenkins, Betty Johnson, Cynthia Johnson, Katie Johnson, Robert Johnson, William Johnson, Gwendolyn Jones, Mary Jones, Norma Jones, Reginald D. Jones, William Jones, James Jones, Amanda Jordan, Tabatha Jordan, Terez Jordan, Jacqueline Keith, Kilup Keith, Phillip Keith, Gelaine Kelley, Linda Kelley, Jennifer Kendrick, Sonya Kendrick, William

E. Kendrick, Fannie L. Kirby, Carshena Kirksey, Calif D. Lanier, Teresa A. Lanier, Tereshall Renee Lanier, Germika Lushun Lawler, Anthony Dewayne Lawler, Geraldrine Lawler, Gerard Lynn Lawler, Willie Lawler, Alonzo Leonard, Alonzo L. Leonard, Ella L. Leonard, Medral Leonard, Javonte Aquinton Mallard, Sharon Marchman, Sr., Rosemary Martin, Lela McClendon, Alvin Edward McElderly, Kuneisha K. McFarlane, Mary McKenzie, Kimberly McKinney, Regina Dazelle Pope McNeal, Sr., Eugenia A. Millender, Doris Jo Mitchell, Willie T. Mitchell, Latoya Mixon, Millicent L. Monk, Mary Montgomery, Vincent Montgomery, Chantelle Moore, Christy Moore, Edward L. Moore, Fashionette Moore, Joel Moore, Josephine Johnson Moore, Kimberly Moore, Milton B. Moore, Paula F. Moore, Eddie Wayne Moore, Jr., Bobby Gene Morris, Letha Morris, Raynetha Beck Morris, Kakuyna Morris, Cynthia A. Mosley, Joshua R. Mosley, Nancy Mosley, Natheniel Mosley, Cael A. Motley, Larry Murry, Jessica Nail, Kelvin Nail, Shamika Nail, Daisy Nixon, Jesse O. Nixon, Joshua Norman, Sheddrick Northard, Antonio Oliver, Aloysius Palmore, Laquita Patterson, DeJuan E. Perkins, Jessica Phillips, Josephine Pope, Lula Pope, Lawrence Pottard, Eva M. Pugh, Jariva Pugh, Tanisha C. Pugh, James Quick, Patrica Quick, Truman Quick, Patricia Reaves, Angela Reed, Shanti Reed, Tamika Reed, Frances J. Roper, Miriam Rutledge, Arthur Sanders, Brandon Sanders, Eugenia Sanders, George W. Sanders, Roy Rogers Sanders, Vivian Sanders, Kenneth Satcher, Jerre Lynn Scott, Charles Sims, Brenda Smith, Carnel Smith, Charles Smith, Christopher G. Smith, Deborah Smith, Elaine Smith, George E. Smith, James Haywood Smith, Reginald Smith, James Spicer, Ladrester C. Spigner, Rashaan Jaali Spigner, Wanda Quick Stephens, Creola Stoudemire, Annie Sullivan, Mary L. Sumlin, Robert Sumlin, Clarence Taylor, Sr., Doris Taylor, Melvin Taylor, James Thomas, Jamie Thomas, Jeanette Thomas, Sandra Thomas, Andrew Tippins, Gerald Tippins, LaDonna Tippins, Joe Ann Truss,

Tanishia Truss, Debra Turner, Gloria Turner, Henry Turner, Tonesha Turner, James Tyson, Joe Underwood, Pamela Vincent, Andrew Walker, Hattie Mae Ward, Costella Ware, Ethlebert Westerfield, Ronnie Westerfield, Anthony White, Linda F. White, Randy Scott White, Frank Whitson, Myrtis Marie Whitson, Antonio Williams, Brenda Williams, Carol Onetia Ragland Williams, Chrystal E. Williams, Denese Williams, George Williams, Loumerrell Willington, Gregory B. Willis, Brenda Wilson, Charles Wilson, Donna Wilson, Dorian Wilson, Judia Wilson, Steve Wilson, Loretta S. Woodard, Marilyn Woodgett, Betty Woodgett, Jonah Woodgett, Annie Woodgett, Mary Jo Woodgett, Millard M. Woodrow, Danny Woods, and Gwendolyn Wynn.  The Plaintiffs are 271 of the 7,159 people who were not before the Court on September 9, 2003 when the Court approved the settlement agreement, including attorney's fees, in a final judgment and order but are persons whom the Court attempted to bind by the judgment and order the 7,159 people who were added to the case by Exhibits A and B to a "Consolidated, Amended and Restated Complaint in the *Oliver* and *Tolbert* cases filed by the counsel for the Plaintiffs on October 9, 2003, thirty days after the so-called "Final Judgment and Order" was entered by the Court said persons had not previously been listed as Plaintiffs in the *Oliver* and *Tolbert* cases.  The Plaintiffs appear in their individual capacity and as representatives of the remaining 6,884 persons listed in Exhibit A and B to the "Consolidated, Amended and Restated Complaint" (Doc # 228) filed October 9, 2003.

3.     Prior to September 1, 1997, a corporation that was then known as Monsanto Company (former Monsanto) operated an agricultural products business (the Ag Business), a pharmaceuticals and nutrition business (the Pharmaceuticals Business) and a chemical products business (the Chemicals Business). Former Monsanto is today known as

Pharmacia. Pharmacia is now a wholly owned subsidiary of Pfizer Inc., which together with its subsidiaries operates the Pharmaceuticals Business. Today's Monsanto includes the operations, assets and liabilities that were previously the Ag Business. Today's Solutia comprises the operations, assets and liabilities that were previously the Chemicals Business. The following table sets forth a chronology of events that resulted in the formation of Monsanto, Pharmacia and Solutia as three separate and distinct corporations, and it provides a brief background on the relationships among these corporations.

| September 1, 1997 | • Pharmacia (then known as Monsanto Company) entered into a Distribution Agreement (Distribution Agreement) with Solutia related to the transfer of the operations, assets and liabilities of the Chemicals Business from Pharmacia (then known as Monsanto Company) to Solutia. |
|---|---|
| | • Pursuant to the Distribution Agreement, Solutia assumed and agreed to indemnify Pharmacia (then known as Monsanto Company) for certain liabilities related to the Chemicals Business. |
| December 19, 1999 | • Pharmacia (then known as Monsanto Company) entered into an agreement with Pharmacia & Upjohn, Inc. (PNY) relating a merger (the Merger). |
| February 9, 2000 | • Monsanto were incorporated in Delaware as a wholly owned subsidiary of Pharmacia (then known as Monsanto Company) under the name "Monsanto Ag Company." |
| March 31, 2000 | • Effective date of the Merger. |
| | • In connection with the Merger, (1) PNU became a wholly owned subsidiary of Pharmacia (then known as Monsanto Company); (2) Pharmacia (then known as Monsanto Company) changed its name from "Monsanto Company" to Pharmacia Corporation; and (3) Monsanto changed our name from "Monsanto Ag Company" to "Monsanto Company." |

| September 1, 2000 | • Monsanto entered into a Separation Agreement (Separation Agreement) with Pharmacia related to the transfer of the operations, assets and liabilities of the Ag Business from Pharmacia to us. |
|---|---|
| | • Pursuant to the Separation Agreement. Monsanto was required to indemnify Pharmacia for any liabilities primarily related to the Ag Business or the Chemicals Business, and for liabilities assumed by Solutia pursuant to the Distribution Agreement, to the extent that Solutia fails to pay, perform or discharge those liabilities. |
| October 23, 2000 | • Monsanto completed an initial public offering in which Monsanto sold approximately 15 percent of the shares of our common stock to the public. Pharmacia continued to own approximately 85 percent of our common stock. |
| July 1, 2000 | • Pharmacia, Solutia and Monsanto amended the Distribution Agreement to provide that Solutia will indemnify us for the same liabilities for which it had agreed to indemnify Pharmacia and to clarify the parties' rights and obligations. |
| | • Pharmacia and Monsanto amended the Separation Agreement to clarify our respective rights and obligations relating to our indemnification obligations. |
| August 13, 2002 | • Pharmacia distributed the shares of our common stock that it owned to its shareowners via a tax-free stock dividend (the Monsanto Spinoff). |
| | • As a result of the Monsanto Spinoff, Pharmacia no longer owns any equity interest in Monsanto. |
| April 16, 2003 | • Pursuant to a merger transaction, Pharmacia became a wholly owned subsidiary of Pfizer. |
| December 17, 2003 | • Solutia and 14 of its U.S. subsidiaries filed a voluntary petition for reorganization under Chapter 11 of the U.S. Bankruptcy Code.  Prior to and following this filing, Monsanto assumed the management of certain tort litigation and environmental obligations in order |

to protect Pharmacia and itself.

February 28, 2008
- Solutia completed its reorganization. In connection with Solutia's Plan of Reorganization, Solutia, Pharmacia and Monsanto entered into several agreements under which Monsanto continues to manage and assume financial responsibility for certain tort litigation and environmental remediation related to the Chemicals Business. Additionally, Monsanto received cash and stock from Solutia (which Monsanto subsequently sold) and various releases, and Monsanto exercised our right to designate one member of Solutia's new board and a consent right with respect to four additional members of Solutia's new board. These agreements are described in more detail in Monsanto's Form 8-K, filed March 24, 2008, and Form 10-Q, filed June 27, 2008. No. 001-16167.

Current
- There is no control relationship among Monsanto, Pham1acia, or Solutia. However, the indemnification obligations among the companies and certain service and supply agreements are ongoing.

### III.
### STATEMENT OF FACTS

4.      On September 9, 2003, in *Tolbert et al., v. Monsanto*, 01-C-1407-S and *Oliver et al, v. Monsanto, et al*., 02-C-0836-S, this Court approved a settlement of what was represented to the Court to be 18,000 individual claims for injuries and damages to person and real property as a result of exposure to polychlorinated biphenyls ("PCB"). These are chemicals which were used as dielectric and coolant fluids in transformers, capacitors, and electric motors. These PCBs were toxic and were classified as a persistent organic pollutant PCBs have been shown to cause cancer in animals and humans. PCBs were banned by Congress in 1979. Monsanto produced 99% of PCBs used by industry in the United States at the time they were banned despite the evidence that PCBs caused various

skin conditions, problems with pregnancies, particularly affecting breast milk, ocular lesions, irregular menstrual cycles, lowered immune responses, fatigue, headaches, coughs, alteration of estrogen levels, reproduction problems, liver damage, liver cancer, non-Hodgkin lymphoma, and disruption of cognitive functions.  In short, the toxicity of PCBs can affect almost the complete range of bodily functions.

5.     Monsanto caused PCBs to be disposed of throughout portions of Anniston, Alabama and nearby areas, including streams from which fish were taken and eaten by area residents.

6.     Claims from PCB injuries and damages to Anniston residents and nearby area residents, former and present, were made on their behalf by various groups of lawyers.  A case known as the "*Owens*" case, *Owens, et al v. Monsanto Company*, in the U.S. District Court, Northern District of Alabama (Eastern), C.A. No.: 1:96-cv-00440-IPJ, was filed and settled.  Two cases in the Circuit Court of Calhoun County, Alabama, *Abernathy v. Monsanto Company, et al.*, C.A. No.: CV-1996-269, and In the Circuit Court of Etowah County, *Alabama, Abernathy v. Monsanto Company, et al.*, C.A. No. CV-2001-832, were filed and settled.  The instant case was filed in the U.S. District Court, Northern District of Alabama (Southern), *Tolbert, et al v. Monsanto Company, et al.*, C. A. No. 2:01-cv-01407-KOB were filed and settled.  There were other related cases, such as *Oliver v. Monsanto*, in the United States District Court for the Northern District of Alabama (Southern), 02-C-0836-S, but *Owens*, *Abernathy*, and *Tolbert* were the principal cases.

7.     Although there were supposedly 3500 individual plaintiffs in *Abernathy* and 18,000 individual plaintiffs in *Tolbert*, all of whom were mixed together having all lived in the same general area, the same amount was paid to settle both cases, $300 million.  The

*Abernathy* and *Tolbert* cases were jointly mediated in the federal court with the federal and state judges both present at the mediation.   Only the lawyers were present.   The Plaintiffs were not parties to the case, were not present before the Court and were not consulted in advance about any settlement on the settlement terms.   No effort was ever made in *Abernathy* to have a class certified.   The federal judge, Judge Clemon, denied class certification in *Tolbert*.   No reason was given by Judge Clemon as to why he approved a settlement for the *Tolbert* case which was so much less per claimant than the settlement in the *Abernathy* case or why he approved the same amount of attorney's fees in *Tolbert* as were approved in *Abernathy* although the results were so much less favorable in *Tolbert* ($300 million ÷ 18,000 claims) than in *Abernathy* ($300 million ÷ 3500 claims).   The injuries and damages were not known in either case at the time of the settlements and the amount of the damages were not presented to either judge.

8.     On September 9, 2003, Judge Clemon entered an order in the *Tolbert* case which was styled "Final Judgment And Order". (Doc. 218).   Paragraph 11 of this document reads as follows:

> "11.    This Final Judgment and Order shall be binding on all parties to this action and on the entities that have accepted performance or payment obligations under the written settlement documents. Plaintiffs to be bound shall be defined as all persons named as plaintiffs in any complaint or amended complaint filed in these actions to date, together with any person not so named but subject to the tolling agreement between the parties.  The Court hereby orders plaintiffs to identify all persons subject to such tolling agreement and to file an amended complaint specifically naming each person subject to the tolling agreement as an additionally named plaintiff within thirty (30) days after entry of this Final Judgment and Order.  Plaintiffs may also dismiss certain plaintiffs or specified claims of certain plaintiffs, with the written agreement of Defendants, or by order of the Court."

9.      On October 9, 2003, counsel for plaintiffs in *Tolbert* filed a document styled "Consolidated, Amended, And Restated Complaint". (Doc. 228)

10.      The number of persons listed on Exhibit A to the restated complaint is 1106. The number of persons listed on Exhibit B to the restated complaint is 6053.  These total 7169.  The orders entered by the Court on March 29, 2006 (Doc. 548) and November 6, 2010 (Doc 803) state that the *Tolbert* litigation involved close to 18,000 individual plaintiffs; the case was <u>not</u> certified as a class action".  (emphasis original).  The restated complaint alleges that Exhibit A to the Ninth Amended Complaint states the names of other individual plaintiffs, but there is no Exhibit A attached to the Ninth Amended Complaint in the record of the case.  (Doc. 54).

11.      At least 7169 of the individual plaintiffs in the *Tolbert* and *Oliver* case were not before the Court at the time of the "Final Judgment And Order" approving the settlement was made and entered.  There is a clear showing the Court did not even knew their names, much less what their claims were or the value of them.  The above referenced orders (Doc. # 548 and # 803) show that the Court did not even know how many individual plaintiffs were before the Court because the language used in the order is that there were "close to" 18,000 individual plaintiffs.  This could reasonably mean any number from 17,500 to 18,500, depending on the judge's subjective opinion of "close to", but the point is the Court did not even know how many individual plaintiffs were before the Court, much less who they were or what their claims may have been.  Nevertheless, Judge Clemon approved the settlement at $300 million for "18,000" plaintiffs knowing the state case had settled for $300 million for 3,500 plaintiffs.

12.     Plaintiffs claim that the Court lacked personal and/or subject matter jurisdiction of at least 7159 individual plaintiffs and their claims at the time it approved the settlement of this case and attempted to bind them by the judgment.  Since the Court lacked jurisdiction, the Final Judgment And Order is void.

13.     The Court refused to certify the individual plaintiffs as a class in this case prior to the entry of the Final Judgment and Order because the Court held that common questions of law and fact did not predominate.  Counsel for some of the plaintiffs had sought a Rule 23(b)(3), Fed.R.Civ.P., class.

## IV
## RELIEF REQUESTED

14.     Plaintiffs pray that the Court will set aside the order of September 9, 2003 as void and will then grant the following relief:

a)     Certify a settlement class under Rule 23(b)(2) and (b)(3);

b)     Appoint the plaintiffs herein as class representatives and counsel as class lead counsel;

c)     Issue a new hearing date to consider the fairness of the proposed settlement and the proposed attorney's fees;

d)     Require counsel who appeared in this case for the individual plaintiffs to present petitions for attorney's fees showing entitlement to a fee in a certain amount supported by those factors approved by the Eleventh Circuit as factors to be considered by the courts of this circuit in considering the award of attorney's fees of those lawyers who do not make such showings, to be required to repay all fees received plus interest since received;

e)       Direct Attorney Edgar C. Gentle, III, to submit to class counsel and to the Court the names of all persons to whom he as the Administrator of the *Tolbert* Qualified Settlement Fund has made payments, the amounts paid to such persons, and the basis on which the payments and their amount was determined.  Further, that the Court direct Mr. Edward Gentle to also provide the names of all persons to whom payment has been refused on behalf of the settlement fund and the basis for the refusal.

f)       To grant the Plaintiffs such other, further, and different relief as they may in the premises be entitled.

Respectfully submitted,

*/s/William E. Rutledge*
William Eugene Rutledge

### JURY DEMAND

**PLAINTIFFS DEMAND A STRUCK JURY FOR THE TRIAL OF ALL ISSUES TRIABLE BY A JURY IN THIS CAUSE.**

*/s/ William E. Rutledge*
William Eugene Rutledge

**OF Counsel:**
William E. Rutledge
Rutledge & Yaghmai
Two Chase Corporate Drive
Suite 460
Birmingham, AL  36244
T:  205-985-2411
F: 204-985-2412
williamerutledge@aol.com

<u>**SERVE DEFENDANTS AT:**</u>

Monsanto Company
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Monsanto Company
c/o CSC Lawyers Incorporating Svc., Inc.
150 South Perry Street
Montgomery, AL  36104

Solutia, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Pharmacia Corporation
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**LIST OF PLAINTIFFS AND THEIR ADDRESSES TO FOLLOW:**

Clarence M  Armour
2227 Christine Avenue
Anniston,  AL  36207

Annie Pearl  Bailey
610 Spring Street
Oxford,  AL  36203

Quincy P.  Barclay
507 Livingston Circle
Hobson City,  AL  36201

Betty  Barker
940 County Road 269
Wedowee,  AL  36278

Dorothy  Baums
929 Isabell Avenue
Anniston,  AL  36207

Edna L  Beal
3312 Truman Avenue
Anniston,  AL  36201

Barnell  Beavers
204 4th Ave
Joliet, IL  60433

Edma Mae  Berdeaux
1705 Pebble Creek Drive
Prattville,  AL  36066

Robert E  Blackwell
71 Garrett Mitchell Drive
Alexandria,  AL  36250

Warren D.  Blair
1607 Gurnee Avenue
Anniston,  AL  36201

Roythron  Blake
228 Pine Avenue
Anniston,  AL  36201

Lorenza  Bloodsoe
3787 Martin Luther King Jr Dr
F-8
Atlanta,  GA  30331

Barbara J.  Bolding
1013 Johnson Avenue
Anniston,  AL  36201

Geraldine  Bradford
1930 Silverrun Road
Munford,  AL  36268

Durrell Donte  Briskey
4100 Feather Drive
Douglasville,  GA  30135

Shirlene  Brooks
515 West 11th Street
Anniston,  AL  36201

Josephine  Brown
1537 Morrisville Road
Anniston,  AL  36201

Linda  Brown
146 Yellow Stone Drive
Oxford,  AL  36203

Linda B.  Brown
1709 Johnston Drive
Anniston,  AL  36207

Stephanie  Brown
2308 Old Mlitary Road, Apt A
Mobile,  AL  36605

Carolyn  Brown
625 Glen Addie
Anniston,  AL  36201

Joseph R.  Brush, III
1610 Stanley Street
Lot A
Anniston,  AL  36201

LaToya  Bullock
1316 Carter Street
Anniston,  AL  36201

Delderico  Bullock
3501 Townsend Blvd Apt. 302
Jacksonville,  FL  32277

Quentin  Bullock
2936 Rogers Road
Jacksonville,  FL  32277

Barbara  Bullock
1316 Carter Street
Anniston,  AL  36201

Thomas Earl Bullock Sr.
P.O Box 961
Lineville,  AL  36266

Sherryl  Bullock
2936 Rogers Road
Jacksonville,  FL  32277

Willie Pearl  Bush
606 So. Allen Ave
Anniston,  AL  36207

Max L.  Butler
5609 Glade Road
Anniston,  AL  36206

Vick E.  Calhoun
P. O. Box 62
Choccolocco,  AL  36254

Georgia  Calhoun
P. O. Box 62
Choccolocco,  AL  36254

Mary  Carmichael
304 McDaniel Street
Hobson,  AL  36201

Demetrious  Carmichael
26086 Zion Road
RutherGlen,  VA  22546

Forrest C  Carr
1701 Patch Place
Anniston,  AL  36201

Tamela L  Carr
3804 Mary Drive
Oxford,  AL  36203

Berysce  Carter
1313 Durham Terrace
Mcdonough,  GA  30252

Tamekia  Chapman
62EA Darden Apt #3A
Anniston,  AL  36201

Joey Wayne  Clapper
1231  Parker Ln
Oxford,  AL  35203

Joyce  Clark
412 G Street
Anniston,  AL  36201

Exielena  Greene
1819 Moore Avenue
Anniston,  AL  36201

Barbara  Clark
2028 Duncan Avenue
Anniston,  AL  36201

Derriel P.  Clayton
5 1/2 Ridge Street
Anniston,  AL  36201

George  Cobb, Jr.
309 East Glade Road
Anniston,  AL  36206

Sherry D.  Copeland
2013 Hyde Park Lane
Knoxville,  TN  37921

Charlie  Cosby
P. O. Box 242
Anniston,  AL  36202

Valerie  Cousin
44 Hillside Lane
New Rochelle,  NY  10804

Evelyn  Crawford
1016 West 13th Street
Anniston,  AL  36201

Annie D  Crowe
3030 Gurnee Avenue
Anniston,  AL  36201

Ollie M  Cunningham
2946 Columbiana Court
Apt A
Birmingham,  AL  35216

Alexander  Curry
112 Meadowview Circle
Munford,  AL  36268

Pamela  Curry
2117 Gurnee Avenue
Anniston,  AL  36201

Joseph  Curry
P.O. Box 4011
Oakland,  CA  94614

Mary  Daviston
3000 Cresthill Ave.
Anniston,  AL  36201

Gloria B.  DeRamus
2200 Ferron Avenue
Anniston,  AL  36201

Michael  Drake
111 Elston Ave.
Anniston,  AL  36201

Darionte  Duncan
500 Colenn Addie Homes
Apt. C-4
Anniston,  AL  36201

Yoshika  Duncan
500 Glenn Addie Homes
Apt. C-4
Anniston,  AL  36201

Claudia C.  Elston
500 Glendale Avenue,
Apt S3
Anniston,  AL  36201

Deborah  Elston
40 Corey Circle
Anniston,  AL  36201

Olisha Le Chelle  English
227 Southmoor Circle
Anniston,  AL  36203

Sharon  Faulkner
427 Honeysuckle Ridge
Talladega,  AL  35160

Tiffany Michelle  Ferrell
31 Oakleaf Drive
Eastaboga,  AL  36260

Steven  Ferrell
626 Spring St.
Oxford,  AL  36203

Tujuaner Renay  Fields
121 Stratford Drive
Warner Robbins,  GA
31088

James E  George
1541 Holly Berry Way
Anniston,  AL  36207

Marlene  George
1541 Holly Berry Way
Anniston,  AL  36207

Charles  Goggins, Jr.
901 W 18th St
Anniston,  AL  36201

Elbert  Goodman
709 West 17th Street
Anniston,  AL  36201

Daryl  Green
1025 W 14th St
Anniston,  AL  36201

Mattie  Hardaway
100 Richmond Rd.
Apt 439
Euclid,  OH  44143

Linda  Harden
27500 Bishop Park Dr.
Apt W. 406
Willoughley Heights,  Oh  44092

Ronald  Hardin
27500 Bishop Pk Dr.
 Apt W. 507
Willoughley Heights,  OH  44092

Ronnie  Hardin
514C Corkhill Rd. Apt 220
Bedford,  Oh  44146

Debra Harris
4604 Saks Rd.
Anniston,  AL  36206

Lemuel  Heard
1826 Abbott Ave.
Anniston,  AL  36207

Robert  Henderson
2105 Cobb Ave.
Anniston,  AL  36201

Carolyn  Higgins
918 W 22nd St
Anniston,  AL  36201

Deborah  Hughes
466 Clifton Street
Los Angeles,  CA  90031

Patricia Bush  Hughley
1108 Willow Run
Opelika,  AL  36881

Merinda  Hutchings
6840 Bridgewood Dr.
Austell,  GA  30168

Domanic  Hutchinson
1809 W. 18th St.
Anniston,  AL  36201

Julietta  Hutchinson
1809 W. 18th St.
Anniston,  AL  36201

Omar  Hutchinson
1832 West 16th. St.
Anniston,  AL  36301

Slyvester  Hutchinson
1832 West 16th. St.
Anniston,  AL  36201

Calvin  Ingram
3804 Ammons St.
Anniston,  AL  36201

Johnny  Ingram
1002 Wainwright Ave.
Gadsen,  AL  35903

John  Jackson
9 Robin Rd.
Windsor,  CN  06095

Latasha Renee  Jackson
1111 Boyton Ave
Anniston,  AL  36201

Lula M.  Jenkins
6020 E 129th
Grandview,  MO  64030

Betty  Johnson
1205 Christine Ave.
Apt D
Anniston,  AL  36207

Cynthia  Johnson
1610 Ware St.
Anniston,  AL  36201

David Clapper
1231 Parker Lane
Oxford, AL  36203

William  Johnson
1508 E. 11th St.
Anniston,  AL  36207

Robert  Johnson
908 W. 16th St.
Anniston,  AL  36201

Katie  Johnson
65 Whispering Pine
Covington,  GA  30016

Gwendolyn  Jones
821 Quail Dr.
Anniston,  AL  36201

Mary  Jones
1307 West 16th St.
Anniston,  AL  36201

Barbara Henderson
2205 Southland Drive
Anniston, AL  36201

Norma  Jones
3060 Hwy 78 West
Oxford,  AL  36203

Reginald D.  Jones
410 Elston St.
Anniston,  AL  36201

William  Jones
1515 McDaniel Ave.
Anniston,  AL  36201

Andrew Jackson
1732 Stephens Avenue
Anniston, AL 36201

James  Jones
1202 Habitat Ln.
Anniston,  AL  36201

Amanda  Jordan
523 West St. North
Talladega,  AL  35160

Tabatha  Jordan
523 West St. North
Talladega,  AL  35160

Terez  Jordan
523 West St. North
Talladega,  AL  35160

Jacqueline  Keith
1304 White Avenue
Anniston,  AL  36201

Kilup  Keith
1304 White Avenue
Anniston,  AL  36201

Phillip  Keith
4601 Southbury Ct.
Anniston,  AL  36201

Linda  Kelley
601 Spring Street
Oxford,  AL  36201

Gelaine  Kelley
1527 Litchfield Ave
Gadsden,  AL  35903

Sonya  Kendrick
1315 Packard ST
Anniston,  AL  36201

William E.  Kendrick
1315 Packard St.
Anniston,  Al  36201

Jennifer  Kendrick
1315 Packard St.
Anniston,  AL  36201

Fannie L.  Kirby
1403 Walnut St.
Gadsden,  AL  35901

Carshena  Kirksey
3921 Franklin Dr.
Anniston,  AL  36207

Tereshall Renee  Lanier
1906 Brown Avenue #B
Anniston,  AL  36201

Calief D.  Lanier
1906 Brown Avenue #B
Anniston,  AL  36201

Teresa A.  Lanier
1906 Brown Avenue #B
Anniston,  AL  36201

Anthony Dewaye
Lawler
P.O. Box 4124
Anniston, AL  36204

Gerard Lynn  Lawler
2605 McKleroy Avenue
Anniston, AL  36201

Germika Lushun  Lawler
917 Woodland Ct
Anniston, AL  36207

Geraldine  Lawler
2605 McKleroy Avenue
 Anniston, AL  36201

Willie  Lawler, Jr.
445 East 168th Street
South Holland, IL  60473

Alonzo  Leonard
P.O Box 502
Anniston, AL  36202

Alonzo L.  Leonard
2621 Moore Avenue
Anniston, AL  36201

Ella L  Leonard
630 W 14th St
Anniston, AL  36201

Medral  Leonard
P.O Box 502
Anniston, AL  36202

Javonte Aquinton
Mallard
44 Hickory Dr.
Oxford, AL  36203

Sharon  Marchman
212 Jaymar Blvd
Newark, DE  19702

Rosemary  Martin
906 Silver Run Road
Munford, AL  36268

Lela  McClendon
906 Silver Run Road
Munford, AL  36268

Alvin Edward  McElderly
P.O. Box 743
Munford, AL  36268

Mary  McKenzie
943 Garland Drive
Montgomery, AL  36108

Kimberly  McKinney
P.O Box 8103
Anniston, AL  36202

Regina Dazelle Pope  McNeil
205 Spring Chase Circle
Kathleen, GA  31047

Eugenia A  Millender
513 Grammercy Pl
Durham, NC  27704

Willie T  Mitchell
1023 Ponderosa Trail
Eastaboga, AL  36260

Doris Jo  Mitchell
4211 Mitchell Road
Anniston, AL  36201

Latoya  Mixon
4131-A Perkerson Drive
Anniston, AL  36201

Millicent L.  Monk
1825 Thomas Avenue
Anniston, AL  36207

Vincent  Montgomery
9253 N. 51st Street
Brown Deer, WI  53223

Mary  Montgomery
P.O. Box 211
Eastaboga, AL  36260

Chantelle  Moore
1316 Lytelle Circle
Anniston, AL  36206

Christy  Moore
5895 Azalea Ridge Drive
Douglasville, GA  30135

Fashionette  Moore
2109 Gurnee Ave
Anniston, AL  36201

Joel  Moore
2109 Gurnee Ave
Anniston, AL  36201

Edward L  Moore
1316 Lytelle Circle
Anniston, AL  36206

Josephine Johnson  Moore
2109 Gurnee Ave
Anniston, AL  36201

Kimberly  Moore
1401 Cobb Road
Munford, AL  36268

Milton B.  Moore
1401 Cobb Road
Munford, AL  36268

Paula F.  Moore
1316 Lytelle Circle
Anniston, AL  36206

Eddie Wayne  Moore, Jr.
2109 Gurnee Ave
Anniston, AL  36201

Bobby Gene  Morris
306 Anniston Street
Weaver, AL  36277

Letha  Morris
1925 Rocky Hollow Road, Apt 3
Anniston, AL  36207

Raynetha Beck Morris
140 Becks Lane
Talladega, AL  35160

Sakuyna  Morris
1802 West 19th Street
Anniston, AL  36201

Cynthia A  Mosley
416 Bama Trail
Ohatchee, AL  36271

Joshua R  Mosley
416 Bama Trail
Ohatchee, AL  36271

Nancy  Mosley
1500 Valley Place
Anniston, AL  36207

Nathaniel  Mosley
1500 Valley Place
Anniston, AL  36207

Cael A.  Motley, Jr.
515 Chestnut Street
Anniston, AL  36201

Kelvin  Nail
1832 West 16th Street
Anniston, AL  36201

Shamika  Nail
1832 West 16th Street
Anniston, AL  36201

Jessica  Nail
1832 West 16th St
Anniston, AL  36201

Daisy Nixon
139 East Avenue Q-7
Palmdale, CA  93550

Jesse O.  Nixon
139 East Avenue Q-7
Palmdale, CA  93550

Joshua  Norman
15 Dawvon Terrace
Anniston, AL  36207

Sheddrick  Northard
1704 Johnston Ct
Anniston, AL  36207

Antonio  Oliver
1809 Moore Ave
Anniston, AL  36201

Aloysius  Palmore
2001 Coleman Road, Apt B2
Anniston, AL  36207

Laquita  Patterson
917 Woodland Ct.
Anniston, AL  36207

DeJuan E  Perkins
808 Bonnie Drive
Weaver, AL  36277

Jessica  Phillips
4009 Turners Mill Rd
Talladega, AL  35160

Lula  Pope
6170 Joyce Lane
Cincinnati, OH  45237

Josephine  Pope
1390 East 25th  Street
Cleveland, OH  44112

Lawrence  Pottard
2708 Wilmer Ave
Anniston, AL  36201

Tanisha C.  Pugh
3913 Saint George Terrace
Hiram, GA  30141

Jariva  Pugh
3913 St. George Terrace
Hiram, GA  30141

Eva M  Pugh
3913 St. George Tr.
Hiram, GA  30141

James  Quick
P.O. Box 1159
Bynum, AL  36253

Patricia  Quick
2313 Nancy Dr.
Oxford, AL  36203


Truman  Quick
151 Gladden Lane East
Alexandria, AL  36250

Patricia  Reaves
3323 Truman Ave.
Anniston, AL  36201

Angela  Reed
1700 Dooley Ave
Anniston, AL  36201


Shanti  Reed
1700 Dooley Ave
Anniston, AL  36201

Tamika  Reed
1700 Dooley Ave
Anniston, AL  36201

Frances J.  Roper
1945 Buckelew Bridge Rd.
Anniston, AL  36207


Eugenia  Sanders
1315 Packard St.
Anniston, AL  36201

George W.  Sanders
1315 Packard St.
Anniston, AL  36201

Roy Rogers  Sanders
1315 Packard St.
Anniston, Al  36201


Arthur  Sanders 2705
Pleasant Ridge Dr.
Columbia, SC  29209

Brandon  Sanders
2705 Pleasant Ridge Dr.
Columbia, SC  29209

Vivian  Sanders
2705 Pleasant Ridge Dr.
Columbia, SC  29209


Kenneth  Satcher
320 Central City Circle
Anniston, AL  36201

Jerre Lynn  Scott
91 Wood Haven Drive
Eastaboga, AL  36260

Brenda  Smith
1619 Charolette Ave.
Anniston, AL  36201


Carnel  Smith
880 Silver Run Road
Munford, AL  36268

Charles  Smith
154 Parkwood Dr.
Ohatchee, AL  36271

Christopher G.  Smith
880 Silver Run Road
Munford, AL  36268


Deborah  Smith
3343 Charlemagne Dr.
Decatur, GA  30034

Elaine  Smith
880 Silver Run Road
Munford, AL  36268

George E.  Smith
26280 Cambridge Dr.
Oakwood Village, OH  44112


James Haywood Smith
1620 Warrior Rd
Apt #12
Anniston, AL  36207

Reginald  Smith
119 Grant St.
Anniston, AL  36207

James  Spicer
83 Lorne Lane
Eastaboga, AL  36260


Ladrester C. Spigner
104 Central City Circle
Anniston, AL  36201

Rashaan Jaali  Spigner
104 Central City Circle
Anniston, AL  36201

Wanda Quick  Stephens
3412 Truman Avenue
Anniston, AL  36201

Creola  Stoudemire
512 West 12 1/2 St.
Anniston,  AL  36201

Annie  Sullivan
2209 Southland Dr.
Anniston,  AL  36201

Mary L.  Sumlin
2976 Stone Road
East Point,  GA  30344

Robert Sumlin
2976 Stone Road
East Point,  GA  30344

Doris Taylor
2108 Clydesdale Ave.
Anniston,  AL  36201

Clarence  Taylor Sr.
1817 Stephen Avenue
Anniston,  AL  36201

Melvin Taylor
386 Holland Finley Rd.
Jacksonville,  AL
36265

James Thomas
3311 Truman Ave.
Anniston,  AL  36201

Jeanette  Thomas
108 Hidden Pines Road
Columbia,  SC  29229

Jamie Thomas
3323 Truman Avenue
Anniston,  AL  36201

Sandra Thomas
232 Sweet Gum Rd.
Columbia,  SC  29223

Gerald  Tippins
105 Powell Road
Wetumpka,  AL  36092

LaDonna  Tippins
7610 S. Florissant Street
St. Louis,  MO  63121

Tanishia Truss
1407 Gulf Stream Cir. Apt. 303
Brandon,  FL  33511

Joe Ann  Truss
428 McKinney St
Munford,  AL  36268

Tonesha Turner
82 Patton Road
Munford,  AL  36260

Debra Turner
600 W. 11 1/2 St.
Anniston,  AL  36201

Henry  Turner
600 W. 11 1/2 St.
Anniston,  AL  36201

James Tyson
P.O. Box 2517
Anniston,  AL  36201

Joe Underwood
1624 Mulberry Ave
Anniston,  AL  36201

Pamela  Vincent
3045 Ellesmere Dr.
Colorado Springs,  CO  80922

Hattie Mae Ward
4465 North 27th Street
 Milwaukee,  WI  53209

Costella  Ware
707 South Smith Ave
Anniston,  AL  36207

Ethlebert  Westerfield
10714 Eaglewood Ave
Cleveland,  OH  44108

Ronnie Westerfield
10714 Eaglewood Ave
Cleveland,  OH  44108

Anthony  White
304 So. Christine
Anniston,  AL  36207

Randy Scott  White
1604 David Street
Oxford,  AL  36203

Frank  Whitson
1324 Kilby Terrace
Anniston,  AL  36207

Myrtis Marie Whitson
1324 Kilby Terrace
Anniston,  AL  36207

Antonio  Williams
1708 Brown Ave.
Anniston,  AL  36201

Andrew Walker
1624 Dooley
Anniston, AL  36201

Brenda Williams
2105 Cobb Avenue
Anniston, AL  36201

Carol Onetia Ragland Williams
2200 Dooley Avenue
Anniston, AL  36201

Chrystal E. Williams
227 A Street
Anniston, AL  36207

Denese  Williams
429 S Christine Av Tinsley Manor
#1-b
Anniston, AL  36207

Loumerrell  Willingham
11586 Holmes Rd. #101
Kansas city,  Mo  64131

Gregory B. Willis
7603 Holland Drive
Huntsville, AL  35802

Brenda  Wilson
323 Cedar Lane
Anniston, AL  36206

Charles  Wilson
1301 Parkwin Ave
Anniston, AL  36201

Donna  Wilson
145-232nd Street
Rosedale, NY  11413

Judia  Wilson
3988 Cottaquilla Rd.
Anniston, AL  36207

Steve  Wilson
3988 Cottaquilla Rd.
Anniston, AL  36207

Loretta S  Woodard
420 South Marshall st
Anniston, AL  36201

Marilyn  Woodgett
404 East Sloan Ave.
Talladega, AL  35160

Betty  Woodgett
404 East Sloan Ave.
Talladega, AL  35160

Jonah  Woodgett
404 East Sloan Ave.
Talladega, AL  35160

Mary Jo  Woodgett
409 S. Allen Ave. Apt. 11-A
Anniston, AL  36207

Annie  Woodgett
1108 McDaniel Ave.
Anniston, AL  36201

Millard M.  Woodrow
3234 GAInes Street
Anniston, AL  36201

Danny  Woods
458 Shadescrest Drive
Eastaboga, AL  36260

Gwendolyn  Wynn
1170 Wills Farm Rd.
Lincoln, AL  35096

Charles Sims
719 Cooper Short Street
Anniston, AL  36201

Gloria Turner
P. O. Box 210331
Montgomery, AL  36121

Linda F. White
1302 Winten Place
Anniston, AL  36207

Dorian Williams
3988 Cottaquilla Rd.
Anniston, AL  36207

George Williams
314 West 3rd Street
Anniston, AL  36201

Andrew Tippins
P. O. Box 423
Bynum, AL  36253

Clarence Jackson
901 Martin Luther King Dr
Anniston, AL 36201

Miriam Rutledge
3912 Greenbrier Dear Rd.
Anniston, AL  36207

Larry Murry
12839 Sangamon
Chicago, IL  60643

Kuneisha K. McFarland
P. O. Box 3462
Oxford, AL  36203